KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone:  (916) 324-3867
 Facsimile:  (916) 324-5205
*Attorneys for Defendants, California Department of Corrections and Rehabilitation, California Substance Abuse Treatment Facility & State Prison, and Kumar*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILLIP SPECTOR**,<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS, at al.,**<br><br>Defendants. | Case No. 1:12-cv-01450 AWI MJS<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

   Plaintiff Phillip Spector and Defendants California Department of Corrections; California Substance Abuse Treatment Facility and State Prison; and Kumar have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action, as to all Defendants, served and unserved, with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

   Each party shall bear its own litigation costs and attorney's fees.

/ / /

/ / /

/ / /

/ / /

1

It is so stipulated.

Dated:   8/19/13                                         /s/ *Jeremy D. Swanson*
                                                        Jeremy D. Swanson, Esq.
                                                        Swanson O'Dell, APC
                                                        Attorneys for Plaintiff Philip Spector

Dated:   8/19/13                                         /s/ *Monica N. Anderson*
                                                        Monica N. Anderson
                                                        Supervising Deputy Attorney General
                                                        California Attorney General's Office
                                                        Attorney for Defendants California Department
                                                        of Corrections and Rehabilitation, California
                                                        Substance Abuse Treatment Facility & State
                                                        Prison, and Kumar

## ORDER

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated:   August 20, 2013                         _____
                                                            SENIOR  DISTRICT  JUDGE